## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Michael D. Barrick          BK NO. 24-00184 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company and index same on the master mailing list.

                          Respectfully submitted,

                          /s/ *Michael Farrington*

                          Michael Farrington
                          06 Feb 2024, 13:18:28, EST

                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA  19106
                          215-627-1322