In re:  Case No. 24-00184-HWV
Michael D. Barrick  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Mar 07, 2024  Form ID: ntcnfhrg  Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D. Barrick, 418 Herwen Drive, Shippensburg, PA 17257-8905 |
| 5592126 | + | Abrahamsen Gindin LLC, 245 Main St. Suite 100, Dickson City, PA 18519-1641 |
| 5592127 | + | Acadia Recovery Bureau, LLC, PO Box 6768, Reading, PA 19610-0768 |
| 5598171 | + | Adam Wilk, c/o Rathbone Group, LLC, 1250 Granger Road, Brooklyn Heights, OH 44131-1234 |
| 5592129 | + | Boiling Springs Family Medicine, 210 Forge Rd., Boiling Springs, PA 17007-9787 |
| 5592131 | + | Chambersburg Imaging Associates, 144 S 8th St #108, Chambersburg, PA 17201-2752 |
| 5592132 | + | Chimney Sweep Systems, PO Box 1067, Carlisle, PA 17013-6067 |
| 5592139 | + | Penelec, 210 N Seneca St., Shippenburg, PA 17257-1229 |
| 5592140 | + | Platinum Fitness, 1225 Ritner Hwy, Carlisle, PA 17013-9590 |
| 5592141 | + | Rathbone Group, 1250 E Granger Rd., Cleveland, OH 44131-1234 |
| 5592143 | + | Rickart Collections Systems, inc., 575 Milltown Rd., North Brunswick, NJ 08902-3336 |
| 5592144 | + | Riverside Anesthesia, 1 Rutherford Rd, STE 101, Harrisburg, PA 17109-4540 |
| 5592145 | + | Susquehanna Valley Surgery Center, PO Box 69223, Baltimore, MD 21264-9223 |
| 5592147 | + | UPMC, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5598172 | + | United Services Automobile Association, c/o Rathbone Group, LLC, 1250 Granger Road, Brooklyn Heights, OH 44131-1234 |
| 5592148 | + | Wellspan Chambersburg Hospital, 112 N 7th St., Chambersburg, PA 17201-1700 |
| 5592149 | + | Wellspan Health, PO Box 15119, York, PA 17405-7119 |
| 5592150 | | Wellspan Health, P O Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5592128 | ^ | MEBN | Mar 07 2024 18:42:06 | Aldous & Associates, PO Box 171374, Holladay, UT 84117-1374 |
| 5592130 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2024 19:08:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5594567 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2024 18:56:01 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5592133 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 07 2024 18:46:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5592134 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 18:46:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 5597598 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 07 2024 18:46:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5592135 | | Email/Text: Bankruptcies@nragroup.com | Mar 07 2024 18:46:00 | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 5592136 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 07 2024 18:46:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5596492 | + | Email/PDF: cbp@omf.com | Mar 07 2024 19:08:55 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5592137 | + | Email/PDF: cbp@omf.com | Mar 07 2024 19:08:35 | Onemain Financial Group, 601 NW Second St., Evansville, IN 47708-1013 |
| 5592138 | + | Email/Text: bankruptcynotices@psecu.com | Mar 07 2024 18:46:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5592142 | ^ | MEBN | Mar 07 2024 18:41:51 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 5592146 | + | Email/Text: bncmail@w-legal.com | Mar 07 2024 18:46:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5592149 | + | Email/Text: bankruptcynotification@wellspan.org | Mar 07 2024 18:46:00 | Wellspan Health, PO Box 15119, York, PA 17405-7119 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5597599 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company mfarrington@kmllawgroup.com |
| Nicholas G. Platt | on behalf of Debtor 1 Michael D. Barrick ngp@mooney4law.com plattnr61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael D. Barrick,

**Debtor 1**

Chapter 13

Case No. 1:24−bk−00184−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 3, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| Location | Date/Time |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: April 10, 2024<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 7, 2024 |

ntcnfhrg (08/21)