IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL D. BARRICK | ) | CHAPTER 13 |
|     DEBTOR | ) | |
| | ) | CASE NO. 1:24-bk-00184-HWV |
| MORTGAGE RESEARCH CENTER, LLC | ) | |
| d/b/a VETERANS UNITED HOME LOANS, | ) | |
| A MISSOURI LIMITED LIABILITY | ) | |
| COMPANY | ) | |
|     MOVANT | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL D. BARRICK | ) | |
|     RESPONDENT | ) | |
| and | ) | |
| JACK N. ZAHAROPOULOS | ) | |
|     TRUSTEE | ) | |

## DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY

1. Movant, Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company filed its Motion for Relief from Stay on May 10, 2024.

2. Debtor acknowledges some mortgage payments are past due.

3. Debtor desires the opportunity to cure any post-petition mortgage arrears and keep his home.

4. Debtor requests the Court deny Movant's Motion for Relief.

**WHERFORE**, Debtor, Michael D. Barrick, pray the Court enter its order denying the Motion for Relief from the Automatic Stay that was filed May 10, 2024, by Mortgage Research Center, LLC d/b/a

Veterans United Home Loans, a Missouri Limited Liability Company

|  |  |
|---|---|
| Dated: May 13, 2024 | /s/Nicholas G. Platt<br>Nicholas G. Platt (327239)<br>Counsel for Debtor<br>Mooney Law<br>230 York Street<br>Hanover, PA 17331<br>ngp@mooney4law.com<br>(717) 243-4770 Phone<br>(717) 632-3612 Fax |