IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  MICHAEL D. BARRICK     CASE NO.: 1:24-BK-00184-HWV

        DEBTOR         CHAPTER 13

### CERTIFICATION REGARDING SERVICE OF ORDER CONFIRMING 1ST AMENDED CHAPTER 13 PLAN

The undersigned, counsel for the above-captioned Debtor, hereby certifies that Order confirming 2ND Amended Chapter 13 Plan filed on June 5, 2024, has been served (by mail through United States Postal Service) on all the creditors listed in Debtors' Chapter 13 schedules (see attached mailing matrix), the Chapter 13 Trustee, and the United States Trustee.

Dated: July 15, 2024

*/s/Nicholas G. Platt*
Nicholas G. Platt 327239
MOONEY LAW
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
(717) 632-4656 Phone
(717) 632-3612 Fax