Label Matrix for local noticing
0314-1
Case 1:24-bk-00184-HWV
Middle District of Pennsylvania
Harrisburg
Wed Jun  5 10:06:32 EDT 2024

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

Abrahamsen Gindin LLC
245 Main St. Suite 100
Dickson City, PA 18519-1641

Acadia Recovery Bureau, LLC
PO Box 6768
Reading, PA 19610-0768

Adam Wilk
c/o Rathbone Group, LLC
1250 Granger Road
Brooklyn Heights, OH 44131-1234

Aldous & Associates
PO Box 171374
Holladay, UT 84117-1374

Boiling Springs Family Medicine
210 Forge Rd.
Boiling Springs, PA 17007-9787

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Chambersburg Imaging Associates
144 S 8th St #108
Chambersburg, PA 17201-2752

Chimney Sweep Systems
PO Box 1067
Carlisle, PA 17013-6067

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Mortgage Research Center, LLC at. el
c/o Nationstar Mortgage LLC
Attn: Bankruptcy Department
P.O. Box 619096
Dallas, TX 75261-9096

Mrc/united Wholesale M
Attn: Bankruptcy
P. O. Box 619098
Dallas, TX 75261-9098

NAVY FEDERAL CREDIT UNION
P. O. BOX 3000
MERRIFIELD, VA 22119-3000

National Recovery Agency
P.O. Box 67015
Harrisburg, PA 17106-7015

Navy FCU
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119-3000

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

Onemain Financial Group
601 NW Second St.
Evansville, IN 47708-1013

P S E C U
Attention: Bankruptcy
Po Box 67013
Harrisburg, PA 17106-7013

PSECU
PO BOX 67013
HARRISBURG 17106-7013

Penelec
101 Crawford's Corner Road
Building 1 Suite 1-511
Holmdel  NJ 07733-1976

Penelec
210 N Seneca St.
Shippensburg, PA 17257-1229

Platinum Fitness
1225 Ritner Hwy
Carlisle, PA 17013-9590

Rathbone Group
1250 E Granger Rd.
Cleveland, OH 44131-1234

Revco Solutions
PO Box 163279
Columbus, OH 43216-3279

Rickart Collections Systems, inc.
575 Milltown Rd.
North Brunswick, NJ 08902-3336

Riverside Anesthesia
1 Rutherford Rd, STE 101
Harrisburg, PA 17109-4540

Susquehanna Valley Surgery Center
PO Box 69223
Baltimore, MD 21264-9223

(p)TD BANK USA N A
ATTN C/O WEINSTEIN & RILEY P S
1415 WESTERN AVE
SUITE #700
SEATTLE WA 98101-2051

Target Nb
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440-9475

UPMC
PO Box 2353
Harrisburg, PA 17105-2353

United Services Automobile Association
c/o Rathbone Group, LLC
1250 Granger Road
Brooklyn Heights, OH 44131-1234

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Wellspan Chambersburg Hospital
112 N 7th St.
Chambersburg, PA 17201-1700

Wellspan Health
P O Box 645734
Cincinnati, OH 45264-5734

Wellspan Health
PO Box 15119
York, PA 17405-7119

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Michael D. Barrick
418 Herwen Drive
Shippensburg, PA 17257-8905

Nicholas G. Platt
Mooney Law
230 York Street
Hanover, PA 17331-3270

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

TD Bank USA, N.A.
C/O Weinstein & Riley, P.S.
1415 WESTERN AVE, SUITE 700
SEATTLE, WA 98101

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Mortgage Research Center, LLC d/b/a Vetera

(d)Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

End of Label Matrix
Mailable recipients    39
Bypassed recipients     2
Total                  41