

Penelec
101 Crawford's Corner Road
Building 1 Suite 1-511
Holmdel, NJ 07733

FILED '24 AUG 16 PM3:15
CLERK, US COURT, PAMB

08/12/2024

Sylvia H. Rambo United States Courthouse
Bankruptcy Courtroom #4B, 4th Floor
1501 N 6th Street
Harrisburg, PA 17102

RE: Withdraw of Proof of Claim
Michael D. Barrick Case No 24-00184

Attention Bankruptcy Court Clerk,

Please withdraw Claim Number 11 filed by Penelec in the amount of $1,506.18 on May 08, 2024
case 24-00184 for Michael D. Barrick. The proof of claim filed by Penelec was filed in error
after the POC deadline.

Thank you,

Esmeralda Perez
Revenue Assurance East
First Energy / Penelec