United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-00184-HWV |
| Michael D. Barrick | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 04, 2024 | Form ID: pdf010 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5592150 | Wellspan Health, P O Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: bankruptcynotification@wellspan.org | Sep 04 2024 18:39:00 | Wellspan Health, Attn Marley R Gross II, 601 Memory Lane Ste 2-2200, York, PA 17402-2231 |
| 5592149 | + Email/Text: bankruptcynotification@wellspan.org | Sep 04 2024 18:39:00 | Wellspan Health, PO Box 15119, York, PA 17405-7119 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Mortgage Research Center LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Nicholas G. Platt
    on behalf of Debtor 1 Michael D. Barrick ngp@mooney4law.com plattnr61895@notify.bestcase.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MICHAEL D BARRICK | : | CASE NO. 1:24-bk-00184-HWV |
| | : | |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS, TRUSTEE | : | |
| Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| WELLSPAN HEALTH | : | |
| | : | |
| Claimant | : | |

## ORDER

Upon consideration of the Trustee's Objection to Claim #12 of Wellspan Health, Doc. 42, and following Notice to Claimant Re Filing of Objection to Claim and allowing an opportunity to respond, and no response having been filed, it is

**ORDERED** that the Objection is **SUSTAINED** and Claim #12 of Wellspan Health is deemed untimely filed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 4, 2024