United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-00184-HWV |
| Michael D. Barrick | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jun 20, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2025:**

**Recip ID               Recipient Name and Address**
   +  SODEXO, INC., 915 MEETING STREET, SUITE 1600, N. BETHESDA, MD 20852-2381

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2025 at the address(es) listed below:**

**Name                          Email Address**

Denise E. Carlon
                               on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company
                               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
                               ecf_pahu_alt@trustee13.com

Nicholas G. Platt
                               on behalf of Debtor 1 Michael D. Barrick ngp@mooney4law.com  plattnr61895@notify.bestcase.com

United States Trustee
                               ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL D. BARRICK       :     CASE NO.: 1:24-bk-00184-HWV
               DEBTOR     :     CHAPTER 13

### ORDER TO PAY TRUSTEE

       Upon consideration of the Motion for Wage Attachment, it is hereby ORDERED that until further Order of this Court, the entity from whom the Debtor, Michael D. Barrick receives income:

**SODEXO, INC.**
**915 MEETING STREET**
**SUITE 1600**
**N. BETHESDA, MD 20852**

shall deduct from said income the sum of $745.00 from each monthly pay check, or $372.50 from each bi-monthly pay check, or $343.85 from each bi-weekly pay check, or $171.92 from each weekly pay check, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

**JACK N. ZAHAROPOULOS**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 6008**
**MEMPHIS, TN 38101-3008**

**IT IS FURTHER ORDERED** that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the monthly wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel.

**IT IS FURTHER ORDERED** that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedures.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 20, 2025