IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:                                                         Case No. 1:24-bk-00184-HWV
                                                                        Chapter 13

Michael D. Barrick

Debtor(s).

## NOTICE OF APPEARANCE

**Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

                                          By:    /s/ Steven K. Eisenberg
                                                             Steven K. Eisenberg, Esquire
                                                             Bar No: 75736
                                                             Stern & Eisenberg, PC
                                                            1581 Main Street, Ste. 200
                                                            The Shops at Valley Square
                                                            Warrington, PA 18976
                                                            Phone: 215-572-8111
                                                            Fax: 215-572-5025
                                                            seisenberg@sterneisenberg.com
                                                            Attorney for Creditor

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 11th day of December, 2025, to the following:

Nicholas G. Platt
Mooney Law
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
***Attorney for Debtor(s)***


Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
***Chapter 13 Trustee***


Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
123@gmail.com
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Michael D. Barrick
418 Herwen Drive
Shippensburg, PA 17257

***Debtor(s)***

                                            By:      /s/ Steven K. Eisenberg
                                                        Steven K. Eisenberg, Esquire