United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Case No. 24-00184-HWV

Michael D. Barrick

Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                        User: AutoDocke                        Page 1 of 3

Date Rcvd: Feb 06, 2026                    Form ID: 309A                        Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Michael D. Barrick, 418 Herwen Drive, Shippensburg, PA 17257-8905 |
| aty | + | Denise E. Carlon, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | Mortgage Research Center, LLC d/b/a Veterans Unite, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 5592127 | + | Acadia Recovery Bureau, LLC, PO Box 6768, Reading, PA 19610-0768 |
| 5598171 | + | Adam Wilk, c/o Rathbone Group, LLC, 1250 Granger Road, Brooklyn Heights, OH 44131-1234 |
| 5592129 | + | Boiling Springs Family Medicine, 210 Forge Rd., Boiling Springs, PA 17007-9787 |
| 5592131 | + | Chambersburg Imaging Associates, 144 S 8th St #108, Chambersburg, PA 17201-2752 |
| 5592132 | + | Chimney Sweep Systems, PO Box 1067, Carlisle, PA 17013-6067 |
| 5592139 | + | Penelec, 210 N Seneca St., Shippenburg, PA 17257-1229 |
| 5592140 | + | Platinum Fitness, 1225 Ritner Hwy, Carlisle, PA 17013-9590 |
| 5592141 | + | Rathbone Group, 1250 E Granger Rd., Cleveland, OH 44131-1234 |
| 5592144 | + | Riverside Anesthesia, 1 Rutherford Rd, STE 101, Harrisburg, PA 17109-4540 |
| 5592145 | + | Susquehanna Valley Surgery Center, PO Box 69223, Baltimore, MD 21264-9223 |
| 5598172 | + | United Services Automobile Association, c/o Rathbone Group, LLC, 1250 Granger Road, Brooklyn Heights, OH 44131-1234 |
| 5592148 | + | Wellspan Chambersburg Hospital, 112 N 7th St., Chambersburg, PA 17201-1700 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ngp@mooney4law.com | Feb 06 2026 18:36:00 | Nicholas G. Platt, Mooney Law, 230 York Street, Hanover, PA 17331 |
| aty | ^ | MEBN | Feb 06 2026 18:34:20 | Steven K Eisenberg, Stern and Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| tr | + | EDI: BKKGENDRON | Feb 06 2026 23:36:00 | Kara Katherine Gendron, Mott & Gendron Law, (Trustee), 125 State St, Harrisburg, PA 17101-1025 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Feb 06 2026 18:36:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| cr | + | Email/Text: BankruptcyEast@firstenergycorp.com | Feb 06 2026 18:36:00 | FirstEnergy/Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5592128 | | Email/Text: cs@aldouslegal.com | Feb 06 2026 18:36:00 | Aldous & Associates, PO Box 171374, Holladay, UT 84117 |
| 5592130 | + | EDI: CAPITALONE.COM | Feb 06 2026 23:36:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| | | | |
|---|---|---|---|
| 5594567 | EDI: CAPITALONE.COM | Feb 06 2026 23:36:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5592133 | EDI: IRS.COM | Feb 06 2026 23:36:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5606696 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2026 18:36:00 | Mortgage Research Center, LLC at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5765941 | ^ MEBN | Feb 06 2026 18:34:21 | Mortgage Research Center, LLC d/b/a Veterans et al, c/o Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5592134 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 06 2026 18:36:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 5597598 | + EDI: NFCU.COM | Feb 06 2026 23:36:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5592135 | Email/Text: Bankruptcies@nragroup.com | Feb 06 2026 18:36:00 | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 5687722 | + Email/Text: ecfbnc@aldridgepite.com | Feb 06 2026 18:36:00 | Nationstar Mortgage LLC, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5592136 | + EDI: NFCU.COM | Feb 06 2026 23:36:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5596492 | + EDI: AGFINANCE.COM | Feb 06 2026 23:36:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5592137 | + EDI: AGFINANCE.COM | Feb 06 2026 23:36:00 | Onemain Financial Group, 601 NW Second St., Evansville, IN 47708-1013 |
| 5592138 | + EDI: G2RSPSECU | Feb 06 2026 23:36:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5634123 | EDI: PENNDEPTREV | Feb 06 2026 23:36:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5601284 | + EDI: G2RSPSECU | Feb 06 2026 23:36:00 | PSECU, PO BOX 67013, HARRISBURG 17106-7013 |
| 5616001 | + Email/Text: BankruptcyEast@firstenergycorp.com | Feb 06 2026 18:36:00 | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5592142 | ^ MEBN | Feb 06 2026 18:34:17 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 5592143 | + Email/Text: pattim@rickart.com | Feb 06 2026 18:36:00 | Rickart Collections Systems, inc., 575 Milltown Rd., North Brunswick, NJ 08902-3336 |
| 5606068 | Email/Text: bncmail@w-legal.com | Feb 06 2026 18:36:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 5592146 | + EDI: WTRRNBANK.COM | Feb 06 2026 23:36:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5592147 | ^ MEBN | Feb 06 2026 18:34:28 | UPMC, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5592149 | + Email/Text: bankruptcynotification@wellspan.org | Feb 06 2026 18:36:00 | Wellspan Health, PO Box 15119, York, PA 17405-7119 |
| 5592150 | Email/Text: bankruptcynotification@wellspan.org | Feb 06 2026 18:36:00 | Wellspan Health, P O Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| 5597599 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5592126 | ##+ | Abrahamsen Gindin LLC, 245 Main St. Suite 100, Dickson City, PA 18519-1641 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2026                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com  PA89@ecfcbis.com |
| Nicholas G. Platt | on behalf of Debtor 1 Michael D. Barrick ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Steven K Eisenberg | on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| | | |
|---|---|---|
| Debtor 1: | Michael D. Barrick<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–3617<br>EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:  Middle District of Pennsylvania | | Date case filed in chapter:   13   1/26/24 |
| Case number:  1:24–bk–00184–HWV | | Date case converted to chapter:   7   2/6/26 |

Official Form 309A (For Individuals or Joint Debtors)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Michael D. Barrick | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 418 Herwen Drive<br>Shippensburg, PA 17257 | |
| 4. | Debtor's attorney<br>Name and address | Nicholas G. Platt<br>Mooney Law<br>230 York Street<br>Hanover, PA 17331 | Contact phone 717–632–4656<br><br>Email:  ngp@mooney4law.com |
| 5. | Bankruptcy trustee<br>Name and address | Kara Katherine Gendron<br>Mott & Gendron Law<br>(Trustee)<br>125 State St<br>Harrisburg, PA 17101 | Contact phone 717–232–6650<br><br>Email:<br>karagendrontrustee@gmail.com |

For more information, see page 2 >

**Receiving Court Issued Orders and Notices by E–Mail:**  (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | |
|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 | Hours open: <br> Monday – Friday 9:00 AM to 4:00 PM <br><br> Contact phone (717) 901–2800 <br><br> Date: 2/6/26 |

**7. Meeting of creditors**

Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.

**\*Valid photo ID and proof of Social Security number are required\***

**Date:  March 10, 2026 at 12:45 PM**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

For additional information use the QR code or visit:

https://www.justice.gov/ust/ust–regions–r03/region–3–section–341–meetings–0#TrusteeZoom

The Court does not endorse or exercise any responsibility of the content at this link.

**Location:**

Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 622 826 9820, Click on Join using passcode 2750956376, or call 1–267–552–4616



**8. Presumption of abuse**

If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

**9. Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**You must file a complaint:**
• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or
• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**
• if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Filing deadline: 5/9/26**

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

**10. Proof of claim**

Please do not file a proof of claim unless you receive a notice to do so.

No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

**11. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**12. Exempt property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.