# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Michael D. Barrick**                                      Case No.   **1:24-bk-00184**

Debtor(s)                                                          Chapter    **7**

### Notice of Change of Address

Debtor's Social Security Number:         **xxx-xx-3617**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                    **Michael D. Barrick**

Street:                  **418 Herwen Drive**

City, State and Zip:     **Shippensburg, PA 17257**

Telephone #:

**Please be advised that effective  March 12, 2026,**
**my (our) new mailing address and telephone number is:**

Name:                    **Michael D. Barrick**

Street:                  **1017 Hot Point Avenue**

City, State and Zip:     **Shippensburg, PA 17257**

Telephone #:

                                        **/s/ Michael D. Barrick**
                                        **Michael D. Barrick**
                                        Debtor