IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael D. Barrick<br><br>Debtor(s) | Chapter 7<br><br>Bankruptcy Case: 1:24-bk-00184-HWV |

## CERTIFICATE OF NO RESPONSE

I, Daniel P. Jones, attorney for Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company, hereby certify that a true and correct copy of the Motion for Relief from the Automatic Stay was sent to Debtor, counsel for the Debtor, and the Trustee, as evidenced by the Certificate of Service already of record.

In accordance with the Notice of Hearing with Response Deadline, Debtor was directed to file an answer to Movant's Motion for Relief from the Automatic Stay with the Clerk of the United States Bankruptcy Court and receipt thereof and serve said answer on said Movant and its counsel by April 7, 2026. Upon review of the docket, no answer has been filed. Accordingly, Movant is entitled to the relief requested.

STERN & EISENBERG, PC

By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Facsimile: (215) 572-5025
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Michael D. Barrick<br><br>         Debtor(s) | Chapter 7<br><br>Bankruptcy Case: 1:24-bk-00184-HWV |

## CERTIFICATE OF SERVICE OF CERTIFICATE OF NO RESPONSE

      I, Daniel P. Jones, Esquire, hereby certify that a true and correct copy of the within Certificate of No Response, together with this Certificate, was sent to the Debtor, counsel for the Debtor, and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on April 8, 2026 via First Class Mail.

Nicholas G. Platt
230 York Street
Hanover, PA 17331
ngp@mooney4law.com
**Counsel for Debtor**

Kara K. Gendron
(Trustee)
125 State St
Harrisburg, PA 17101
karagendron@gmail.com
**Bankruptcy Trustee**

Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
**US Trustee**

and by standard first-class mail postage
prepaid to:

Michael D. Barrick
418 Herwen Drive
Shippensburg, PA 17257
**Debtor(s)**

STERN & EISENBERG, PC
By: /s/Daniel P. Jones
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
Bar Number: 321876
djones@sterneisenberg.com
Counsel for Movant