United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Michael D. Barrick

    Debtor

Case No. 24-00184-HWV

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 2

Date Rcvd: Apr 13, 2026          Form ID: pdf010          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

**Recip ID**      **Recipient Name and Address**

  +    Caitlyn E. Barrick, 418 Herwen Dr, Shippensburg, PA 17257-8905

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Daniel Philip Jones

     on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company djones@sterneisenberg.com, bkecf@sterneisenberg.com

Kara Katherine Gendron

     karagendrontrustee@gmail.com  PA89@ecfcbis.com

Matthew K. Fissel

     on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Nicholas G. Platt

     on behalf of Debtor 1 Michael D. Barrick ngp@mooney4law.com  plattnr61895@notify.bestcase.com

Steven K Eisenberg

     on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    MICHAEL D. BARRICK<br>        Debtor(s)<br>MORTGAGE RESEARCH CENTER,<br>LLC D/B/A VETERANS UNITED HOME<br>LOANS, A MISSOURI LIMITED<br>LIABILITY COMPANY<br>        Movant<br>v.<br>MICHAEL D. BARRICK<br>        Debtor(s)<br>    CAITLYN E. BARRICK<br>        Co-Debtor<br>    KARA KATHERINE GENDRON<br>        Trustee<br>        Respondent(s) | Chapter 7<br><br>Case Number: 1:24-bk-00184-HWV |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Mortgage

Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company

("Movant"), Doc. 84, and no objections having been filed, it is

ORDERED that the Motion is GRANTED. Movant, and any assignee/successor-in-interest, is

granted relief from the Automatic Stay of 11 U.S.C. § 362 to proceed with enforcement of all rights

Movant has under state and federal law concerning the Property located at 418 HERWEN DR,

SHIPPENSBURG, PA 17257.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 13, 2026