In re:

Michael D. Barrick
    Debtor

Case No. 24-00184-HWV

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3

Date Rcvd: May 26, 2026      Form ID: 318      Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Michael D. Barrick, 1017 Hot Point Avenue, Shippensburg, PA 17257-8148 |
| cr | + | Mortgage Research Center, LLC d/b/a Veterans Unite, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 5592127 | + | Acadia Recovery Bureau, LLC, PO Box 6768, Reading, PA 19610-0768 |
| 5598171 | + | Adam Wilk, c/o Rathbone Group, LLC, 1250 Granger Road, Brooklyn Heights, OH 44131-1234 |
| 5592129 | + | Boiling Springs Family Medicine, 210 Forge Rd., Boiling Springs, PA 17007-9787 |
| 5592131 | + | Chambersburg Imaging Associates, 144 S 8th St #108, Chambersburg, PA 17201-2752 |
| 5592132 | + | Chimney Sweep Systems, PO Box 1067, Carlisle, PA 17013-6067 |
| 5592139 | + | Penelec, 210 N Seneca St., Shippenburg, PA 17257-1229 |
| 5592140 | + | Platinum Fitness, 1225 Ritner Hwy, Carlisle, PA 17013-9590 |
| 5592141 | + | Rathbone Group, 1250 E Granger Rd., Cleveland, OH 44131-1234 |
| 5592144 | + | Riverside Anesthesia, 1 Rutherford Rd, STE 101, Harrisburg, PA 17109-4540 |
| 5592145 | + | Susquehanna Valley Surgery Center, PO Box 69223, Baltimore, MD 21264-9223 |
| 5598172 | + | United Services Automobile Association, c/o Rathbone Group, LLC, 1250 Granger Road, Brooklyn Heights, OH 44131-1234 |
| 5592148 | + | Wellspan Chambersburg Hospital, 112 N 7th St., Chambersburg, PA 17201-1700 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 26 2026 19:17:00 | FirstEnergy/Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5592128 | | Email/Text: cs@aldouslegal.com | May 26 2026 19:17:00 | Aldous & Associates, PO Box 171374, Holladay, UT 84117 |
| 5592130 | + | EDI: CAPITALONE.COM | May 26 2026 23:17:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5594567 | | EDI: CAPITALONE.COM | May 26 2026 23:17:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5592133 | | EDI: IRS.COM | May 26 2026 23:17:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5606696 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2026 19:17:00 | Mortgage Research Center, LLC at. el, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5765941 | ^ | MEBN | May 26 2026 19:12:37 | Mortgage Research Center, LLC d/b/a Veterans et al, c/o Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

| 5592134 | + Email/Text: nsm_bk_notices@mrcooper.com | May 26 2026 19:17:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 5597598 | + EDI: NFCU.COM | May 26 2026 23:17:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5592135 | Email/Text: Bankruptcies@nragroup.com | May 26 2026 19:17:00 | National Recovery Agency, P.O. Box 67015, Harrisburg, PA 17106-7015 |
| 5687722 | + Email/Text: ecfbnc@aldridgepite.com | May 26 2026 19:17:00 | Nationstar Mortgage LLC, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5592136 | + EDI: NFCU.COM | May 26 2026 23:17:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5596492 | + EDI: AGFINANCE.COM | May 26 2026 23:17:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5592137 | + EDI: AGFINANCE.COM | May 26 2026 23:17:00 | Onemain Financial Group, 601 NW Second St., Evansville, IN 47708-1013 |
| 5592138 | + EDI: G2RSPSECU | May 26 2026 23:17:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 5634123 | EDI: PENNDEPTREV | May 26 2026 23:17:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5601284 | + EDI: G2RSPSECU | May 26 2026 23:17:00 | PSECU, PO BOX 67013, HARRISBURG 17106-7013 |
| 5616001 | + Email/Text: BankruptcyEast@firstenergycorp.com | May 26 2026 19:17:00 | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5592142 | ^ MEBN | May 26 2026 19:12:35 | Revco Solutions, PO Box 163279, Columbus, OH 43216-3279 |
| 5592143 | + Email/Text: pattim@rickart.com | May 26 2026 19:17:00 | Rickart Collections Systems, inc., 575 Milltown Rd., North Brunswick, NJ 08902-3336 |
| 5606068 | Email/Text: bncmail@w-legal.com | May 26 2026 19:17:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 5592146 | + EDI: WTRRNBANK.COM | May 26 2026 23:17:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5592147 | ^ MEBN | May 26 2026 19:12:43 | UPMC, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5592149 | + Email/Text: bankruptcynotification@wellspan.org | May 26 2026 19:17:00 | Wellspan Health, PO Box 15119, York, PA 17405-7119 |
| 5592150 | Email/Text: bankruptcynotification@wellspan.org | May 26 2026 19:17:00 | Wellspan Health, P O Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| 5597599 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5592126 | ##+ | Abrahamsen Gindin LLC, 245 Main St. Suite 100, Dickson City, PA 18519-1641 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Philip Jones | on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com  PA89@ecfcbis.com |
| Matthew K. Fissel | on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Nicholas G. Platt | on behalf of Debtor 1 Michael D. Barrick ngp@mooney4law.com  plattnr61895@notify.bestcase.com |
| Steven K Eisenberg | on behalf of Creditor Mortgage Research Center  LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Michael D. Barrick** | Social Security number or ITIN   xxx–xx–3617 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   1:24–bk–00184–HWV

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael D. Barrick

**By the court:**

5/26/26

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**